No. 387. CASEY, ADMINISTRATRIX, *v.* AMERICAN EXPORT LINES, INC. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Jacob Rassner* for petitioner.

*Kenneth Gardner* and *Edgar R. Kraetzer* for respondent.

